# Mortgage Proof of Claim Attachment

PETITION FILED 6/24/2024

(12/23)

**If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.**

JUDGMENT ON NOTE OBTAINED IN AA COUNTY CIRCUIT COURT CASE # C-02-CV-22-2294 IN THE AMOUNT OF $191,268.16 PLUS $2437.50 IN ATTORNEYS FEES BOTH ENTERED ON 10/30/2023

**Part 1: Mortgage and Case Information**

Case number: 24-15278
Debtor 1: ELIZA EVANS
Debtor 2: —
Last 4 digits to identify: ___ ___ ___ ___
Creditor: LORIEN COVELLY
Servicer: NONE
Fixed accrual/daily simple interest/other: SIMPLE INTEREST

**Part 2: Total Debt Calculation**

Principal balance: 193,705.66
Interest due: JUDGMENTS 12,630.67 10/30/23 - 6/24/24 @ $53.07/DAY
Fees, costs due: POST JUDGMENT SEE ATTACHED LIST
~~Escrow deficiency for funds advanced:~~ FEES, COSTS DUE 16,981.87
Less total funds on hand: – -0-
Total debt: $223,318.20

**Part 3: Arrearage as of Date of the Petition** PETITION DATE 6/24/24

Principal due: 193,705.66
Interest due: 12,630.67
Prepetition fees due: 16,981.87
Escrow deficiency for funds advanced: –NO ESCROW ______
Projected escrow shortage: ______
Less funds on hand: – -0-
Total prepetition arrearage: 223,318.20

**Part 4: Monthly Mortgage Payment**

Principal & interest: NONE–JUDGMENT
Monthly escrow: OBTAINED ON NOTE
Private mortgage insurance: ______
Total monthly payment: ______

**Part 5 : Loan Payment History from First Date of Default**

| Account Activity | | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount (SEE ATTACHMENT) | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| | | | | | | | | | | | | 193,705.66 | 15,815.17 as of 5/20/2025 | 0 | 16,981.87 | 0 |

SINCE THE PETITION THE DEBTOR HAS MADE 10 MONTHLY PAYMENTS OF $1432.86 EACH ALL APPLIED TO POST JUDGMENT INTEREST BALANCE AT TIME OF PETITION OF $12,630.67 BUT SINCE TIME OF PETITION ADD'L POST JUDGMENT INTEREST @ $53.07/DAY HAS ACCRUED SO THAT TOTAL POST JUDGMENT INTEREST THROUGH 5/20/25 TOTALS AN ADDITIONAL $17,513.10 [illegible] IS 330 DAYS @ $53.07/DAY

TOTAL POST JUDGMENT INTEREST OWED $30,143.77
LESS PAYMENTS MADE – 14,328.60
15,815.17 INTEREST STILL OWED

# Mortgage Proof of Claim Attachment: Additional Page

(12/23)

Case number: 24-15278

Debtor 1: ELIZA EVANS

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |

ELIZA MAXINE EVANS BANKRUPTCY

CASE # 24-15278

ATTACHMENT TO FORM 410A

**ADDITIONAL FEES AND COSTS IN TOTAL DEBT CALCULATION CLAIMED BY LORIEN COVELLY, SECURED CREDITOR**

Fees and costs listed on Proof of Claim filed by incurred by Creditor, Lorien Covelly, holder of judgment on deed of trust note, secured by first lien deed of trust encumbering Debtor's Principal Residence, 5527 Muddy Creek Road, Churchton, Maryland

1. Legal fees incurred post judgment, allowed by Deed of Trust $4,417.86
2. Real estate taxes, tax sale redemption costs, water bills allowed by Deed of Trust $12,564.01

   **TOTAL OF ABOVE $16,981.87.**

**PART 5 PAYMENT HISTORY AFTER FIRST DEFAULT**

After the Debtor defaulted on this Deed of Trust Note debt by failing to pay the November 5, 2022 and December 5, 2022 payments, pursuant to the terms of the Note the note holder, the Creditor, Lorien Covelly, accelerated the debt due on the Note and in late December 2022 filed suit in the Circuit Court for Anne Arundel County in Case #C-02-CV-22-2294 and obtained judgment on the Note as stated in the Mortgage Proof of Claim Attachment. Since the date of default, December 5, 2022, the Debtor made no payments on the debt until after the filing her Petition on June 24, 2024. Since then the Debtor made has made 10 payments of $1432.86 each which totals $14,328.60 in payments. When the Petition was filed, the total of Post Judgment interest due was $12,630.67 which was accruing at the rate of $53.07 per day, or $1614.21 per month which is more than any of the monthly payments.

Total Post Judgment Interest due at time of Petition, 6/24/2024 $12,630.67
Additional Post Judgment Interest accrued as of 5/20/2025 $17,513.10

Total of Post Judgment Interest due $30,143/77
Total of Post Petition Payments made $14,328.60

**Total Balance of Post Judgment Interest due $15,815.17**

**The amounts due after the first default as of 5/20/2025 for Principal, $193,705.66, Interest $15,815.17 and for Fees, Costs, etc. $16,981.87**

**NOTE: There after been additional legal fees incurred in this bankruptcy which are permitted to be collected by the Creditor pursuant to the provisions of the recorded deed of trust encumbering the Debtor's property which are not listed in this form.**